UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DENNIS W. YOUG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06 CV 126 LMB |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Memorandum entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment be entered in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Dennis W. Young on Plaintiff's claim for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income benefits under Title XVI of the Act.

Dated this  27th  day of September, 2007.

LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE